IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AUTHOR LEE HARRISON, <br> # 207 192, <br><br> Plaintiff, <br><br> v. <br><br> SGT. BILLY BLUE, <br><br> DONALD W. FARRIS, and <br><br> SHARON MCSWAIN HOLLAND, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO. 1:16-CV-706-WKW <br> )             [WO] <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On March 16, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 15.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 15) is ADOPTED, and that this case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 1st day of May, 2017.

                                                   /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE