IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AUTHOR LEE HARRISON, ) | |
| # 207 192, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:16-CV-706-WKW |
| ) | [WO] |
| SGT. BILLY BLUE, ) | |
| ) | |
| DONALD W. FARRIS, and ) | |
| ) | |
| SHARON MCSWAIN ) | |
| HOLLAND, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that this action is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 1st day of May, 2017.

                                                                  /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE